**DISMISS; Opinion Filed January 17, 2013.**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00626-CV

## ERICA MAHOP, Appellant
V.
## GMAC MORTGATE, LLC, Appellee

On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-12-01209A

### OPINION
Before Justices Moseley, Francis, and Lang
Opinion by Justice Moseley

Appellant's brief is overdue. By letter dated October 5, 2012, we notified appellant the time to file her brief had expired. We directed appellant to file her brief and an extension motion within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal. To date, appellant has not filed her brief, an extension motion, or otherwise corresponded with the Court regarding the status of her appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (A)(1); 42.3(b),(c).

_____
JIM MOSELEY
JUSTICE

120626F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

Erica Mahop, Appellant

No. 05-12-00626-CV     V.

GMAC Mortgate, LLC, Appellee

On Appeal from the County Court at Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-12-01209A.
Opinion delivered by Justice Moseley.
Justices Francis and Lang participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee GMAC Mortgate, LLC recover its costs of this appeal from appellant Erica Mahop.

Judgment entered this January 17, 2013.

_____
JIM MOSELEY
JUSTICE